

# Court of Appeals
## Sixth Appellate District of Texas

## J U D G M E N T

Brandon Ray Antwine, Appellant

No. 06-14-00065-CR        v.

The State of Texas, Appellee

Appeal from the 196th District Court of Hunt County, Texas (Tr. Ct. No. 26,282). Opinion delivered by Justice Carter, Chief Justice Morriss and Justice Moseley participating.

  As stated in the Court's opinion of this date, we find no error in the judgment of the court below.  We affirm the judgment of the trial court.

  We further order that the appellant, Brandon Ray Antwine, pay all costs of this appeal.

RENDERED SEPTEMBER 17, 2014
BY ORDER OF THE COURT
JOSH R. MORRISS, III
CHIEF JUSTICE

ATTEST:
Debra K. Autrey, Clerk